**Order filed November 19, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00711-CV

———————

**AUDREY MARIE ALLEN A/K/A AUDREY RICHARDSON, Appellant**

**V.**

**BRIDGECREST ACCEPTANCE CORPORATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1129883**

---

### O R D E R

The notice of appeal in this case was filed February 10, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 4, 2020.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.